448 A.2d 644

Bidelspacher, etc. v. Farmer, Appellant.
Reargument Denied Aug. 2, 1982.

Argued December 9, 1981.  John P. Campana, for appellant;  Charles A. Szybist, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

446 A.2d 697

Commonwealth v. Austin, Appellant.
Petition for Allowance of Appeal Denied Sept. 30, 1982.

Submitted June 3, 1981.  Douglas M. Johnson, Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence affirmed.